DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLENE C. SCHILLING** a/k/a **CHARLENE C. COLUCCI,**
Appellant,

v.

**JOSHUA SCHILLING,**
Appellee.

No. 4D2024-1597

[December 11, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432022DR000588.

Michael Rebuck of Michael Todd Rebuck, P.A., Palm City, for appellant.

Matthew S. Nugent and Joshua J. Arbogast of Nugent Zborowski, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***